BENJAMIN B. WAGNER
United States Attorney
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2821
Facsimile:  (916) 554-2900

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REVERGE ANSELMO and SEVEN HILLS LAND AND CATTLE COMPANY, LLC,<br><br>     Plaintiffs,<br><br>v.<br><br>RUSS MULL, LESLIE MORGAN, as Shasta County Assessor-Recorder, COUNTY OF SHASTA, BOARD OF SUPERVISORS OF THE COUNTY OF SHASTA, LES BAUGH and GLEN HAWES,<br><br>     Defendants. | CASE NO. 2:12-cv-01422-WBS-EFB<br><br>**ORDER DISMISSING CROSS-COMPLAINANT SHASTA COUNTY'S CLAIMS AGAINST THE UNITED STATES AND UNITED STATES ARMY CORPS OF ENGINEERS EMPLOYEES NANCY HALEY, MATTHEW RABBE, AND MATTHEW KELLEY** |
| COUNTY OF SHASTA, and COUNTY OF SHASTA, for the People of the State of California,<br><br>     Cross-Complainant,<br>v.<br><br>REVERGE ANSELMO; SEVEN HILLS LAND AND CATTLE COMPANY LLC; NANCY HALEY, MATTHEW RABE, MATTHEW KELLEY, ANDREW JENSEN; and ROES 1 THRU 50,<br><br>     Cross-Defendants. | |

On August 6, 2012, the Court granted the United States' motion to dismiss the claims asserted by Shasta County in its First Amended Cross-Complaint against United States Army Corps of

1  Engineers employees Nancy Haley, Matthew Rabbe and Matthew Kelley[1] pursuant to Fed. R. Civ. P.
2  12(b)(6), but gave Shasta County twenty days from the date of the Court's Order to file an amended
3  complaint, if it could do so consistent with the Court's Order.  *See* Docket No. 33.  Shasta County has
4  not filed an amended complaint within twenty days of the Court's August 6, 2012 Order.  Accordingly,
5  the Court dismisses Shasta County's claims against the United States, Nancy Haley, Matthew Rabbe,
6  and Matthew Kelley with prejudice.

Dated:   September 21, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

[1] The United States was substituted in place of the three Army Corps of Engineers employees on May 25, 2012.  *See* Docket No. 4 and Docket No. 33 at 4.