| | |
|---|---|
| 1 | RUBIN E. CRUSE, JR., Bar No. 162833 |
| | County Counsel |
| 2 | County of Shasta |
| | 1450 Court Street, Room 332 |
| 3 | Redding, California 96001-1675 |
| | Telephone: (530) 225-5711 |
| 4 | Facsimile: (530) 225-5817 |

JEFFREY V. DUNN, Bar No. 131926
jeffrey.dunn@bbklaw.com
CHRISTOPHER M. PISANO, Bar No. 192831
christopher.pisano@bbklaw.com
BEST BEST & KRIEGER LLP
5 Park Plaza, Suite 1500
Irvine, California 92614
Telephone: (949) 263-2600
Facsimile: (949) 260-0972

Attorneys for Defendants
RUSS MULL, LESLIE MORGAN as Shasta County Assessor-Recorder, COUNTY OF SHASTA, BOARD OF SUPERVISORS OF THE COUNTY OF SHASTA and GLEN HAWES, and Cross-Claimants COUNTY OF SHASTA and COUNTY OF SHASTA for the People of the State of California

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REVERGE ANSELMO and SEVEN HILLS LAND AND CATTLE COMPANY, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>RUSS MULL, LESLIE MORGAN, a Shasta County Assessor-Recorder, COUNTY OF SHASTA, BOARD OF SUPERVISORS OF THE COUNTY OF SHASTA, LES BAUGH and GLEN HAWES,<br><br>Defendants. | Case No. 2:12-cv-01422-WBS-EFB<br>*Related to Case No. 2:12-CV-00361*<br>Judge: Honorable William B. Shubb<br><br>**ORDER GRANTING MOTION TO MODIFY ORDER DISMISSING CLAIMS AGAINST THE UNITED STATES AND UNITED STATES ARMY CORPS OF ENGINEERS EMPLOYEES NANCY HALEY, MATTHEW RABBE, AND MATTHEW KELLEY**<br><br>*[Filed concurrently with Notice of Motion and Motion to Amend; and Declaration of Christopher Pisano]* |

55398.00001\7611832.1

[PROPOSED] ORDER GRANTING MOTION
TO MODIFY ORDER OF DISMISSAL
2:12-CV-01422-WBS-EFB

| | |
|---|---|
| 1 | COUNTY OF SHASTA, and |
| 2 | COUNTY OF SHASTA, for the People of the State of California, |
| 3 | Cross-Claimants, |
| 4 | v. |
| 5 | REVERGE ANSELMO; SEVEN HILLS LAND AND CATTLE |
| 6 | COMPANY LLC; NANCY HALEY, MATTHEW RABE, MATTHEW |
| 7 | KELLEY, ANDREW JENSEN; and ROES 1 THRU 50, |
| 8 | |
| 9 | Cross-Defendants. |

The Court having reviewed having read and considered the papers submitted by the parties, and finding good cause therefore, Orders that its September 21, 2012 Order of Dismissal will be changed to read as follows:

On August 6, 2012, the Court granted the United States' motion to dismiss the claims asserted by Shasta County in its First Amended Cross-Complaint against the United States, with the United States having substituted itself as the third party defendant for the named Army Corps of Engineers employees Nancy Haley, Matthew Rabe and Matthew Kelley ("Army Corps Employees") pursuant to 28 U.S.C. Section 2679(d)(2). (See Docket No. 4 and Docket No. 33 at 4.) The Court granted the United States' motion pursuant to Fed. R. Civ. P. 12(b)(6), but gave Shasta County twenty days from the date of the Court's Order to file an amended complaint, if it could do so consistent with the Court's Order. (See Docket No. 33.) Shasta County did not filed an amended complaint as to third party defendant United States within twenty days of the Court's August 6, 2012 Order. Accordingly, the Court dismisses Shasta County's claims against the United States, with prejudice. This Order of Dismissal is as to the United States only, and is not as to the Army Corps Employees.

IT IS THEREFORE ORDERED that Shasta County's motion to modify the

order dismissing claims (Docket No. 81) be, and the same hereby is, GRANTED and the hearing on November 5, 2012 is vacated.

DATED:  October 24, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE