RUBIN E. CRUSE, JR., Bar No. 162833
County Counsel
County of Shasta
1450 Court Street, Room 332
Redding, California 96001-1675
Telephone: (530) 225-5711
Facsimile: (530) 225-5817

JEFFREY V. DUNN, Bar No. 131926
jeffrey.dunn@bbklaw.com
CHRISTOPHER M. PISANO, Bar No. 192831
christopher.pisano@bbklaw.com
BEST BEST & KRIEGER LLP
18101 Von Karman Avenue, Suite 1000
Irvine, CA 92612
Telephone: (949) 263-2600
Facsimile: (949) 260-0972

Attorneys for Defendants
RUSS MULL, LESLIE MORGAN as Shasta County Assessor-Recorder, COUNTY OF SHASTA, BOARD OF SUPERVISORS OF THE COUNTY OF SHASTA and GLENN HAWES, and Counter-Claimants/Counter-Defendants COUNTY OF SHASTA and COUNTY OF SHASTA for the People of the State of California

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REVERGE ANSELMO and SEVEN HILLS LAND AND CATTLE COMPANY, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>RUSS MULL, LESLIE MORGAN, a Shasta County Assessor-Recorder, COUNTY OF SHASTA, BOARD OF SUPERVISORS OF THE COUNTY OF SHASTA, LES BAUGH and GLENN HAWES,<br><br>Defendants. | Case No. 2:12-CV-01422-WBS-EFB<br>*(Related to Case No. 2:12-cv-00361)*<br><br>Judge: Honorable William B. Shubb<br>Magistrate Judge: Edmund F. Brennan<br><br>**ORDER GRANTING APPLICATION TO CONTINUE THE EXPERT DESIGNATION DATE FOR COUNTY OF SHASTA'S ACCOUNTING EXPERT; MEMORANDUM OF POINTS AND AUTHORITIES** |

55398.00001\7849674.1

ORDER GRANTING APPLICATION TO CONTINUE THE
EXPERT DESIGNATION DATE FOR COUNTY OF SHASTA'S
ACCOUNTING EXPERT
**2:12-CV-01422-WBS-EFB**

1  COUNTY OF SHASTA, and
   COUNTY OF SHASTA, for the
2  People of the State of California,

3              Counter-Claimants,

4       v.

5  REVERGE ANSELMO;
   SEVEN HILLS LAND AND
6  CATTLE COMPANY LLC;

7  Counter-Defendants.

8
   REVERGE ANSELMO;
9  SEVEN HILLS LAND AND
   CATTLE COMPANY LLC;
10
   Counter-Claimants,
11

12      v.

13 COUNTY OF SHASTA, and
   COUNTY OF SHASTA, for the
14 People of the State of California,

15 Counter-Defendants.

16 COUNTY OF SHASTA, and
   COUNTY OF SHASTA, for the
17 People of the State of California,

18             Counter-Claimants,

19      v.

20 REVERGE ANSELMO;
   SEVEN HILLS LAND AND
21 CATTLE COMPANY LLC;

22 Counter-Defendants.

23

24

25

26

27

28

55398.00001\7849674.1

ORDER GRANTING APPLICATION TO CONTINUE THE
EXPERT DESIGNATION DATE FOR COUNTY OF SHASTA'S
ACCOUNTING EXPERT
2:12-CV-01422-WBS-EFB

1    The Court, having reviewed and considered the papers submitted by the Parties in support of the County of Shasta's ("County") Application, including the Parties' Stipulation to continue the expert disclosure date for the County's forensic accountant expert, Orders as follows:

1. The County shall have a continuance to designate a forensic accountant expert in accordance with Rule 26(a)(2) beyond the currently scheduled March 8, 2013 exchange date, with the continuance not to exceed four weeks.

2. The County shall designate a forensic accounting expert and disclose a report two weeks after Plaintiffs provide their financial records for copying, with such production occurring within two weeks.

3. Plaintiffs may counter-designate a forensic accountant expert within 30 days after the County's designation in accordance with Rule 26(a)(2).

4. The March 8, 2013 exchange date shall not be extended for other experts.

**IT IS SO ORDERED.**

Dated: March 5, 2013.

                              Edmund F. Brennan
                              U.S. Magistrate Judge

Dated: March___, 2013                    BEST BEST & KRIEGER LLP

                                       By: /s/Christopher M. Pisano
                                           JEFFREY V. DUNN
                                           CHRISTOPHER M. PISANO
                                           Attorneys for Defendants RUSS MULL, LESLIE MORGAN as Shasta County Assessor-Recorder, COUNTY OF SHASTA, BOARD OF SUPERVISORS OF THE COUNTY OF SHASTA and GLENN HAWES, and Counter-Claimants/Counter-Defendants COUNTY OF SHASTA and COUNTY OF SHASTA for the People of the State of California

55398.00001\7849674.1

ORDER GRANTING APPLICATION TO CONTINUE THE EXPERT DESIGNATION DATE FOR COUNTY OF SHASTA'S ACCOUNTING EXPERT
2:12-CV-01422-WBS-EFB