1  LARRY B MOSS
   MAIRE & BURGESS
2  P.O.Box 994607
   2851 Park Marina, Suite 300
3  Redding, CA 96001
   530-242-6200
4  530-242-6205 (fax)
   lmoss@mosslegal.com
5
   *Attorneys for Defendant Les Baugh*
6
   WAYNE H. MAIRE
7  2851 Park Marina Drive
   Suite 300
8  P.O. Drawer 994607
   Redding, CA 96099-4607
9  530-246-6050
   530-246-6060 (fax)
10 wmaire@maire-law.com
   tgeers@maire-law.com
11 thill@maire-law.com
   pdeedon@maire-law.com
12
   *Attorneys for Defendant Les Baugh*
13

14                    UNITED STATES DISTRICT COURT

15                    EASTERN DISTRICT OF CALIFORNIA

16

17 | REVERGE ANSELMO and SEVEN HILLS LAND AND CATTLE COMPANY, LLC,

18 |

   | Case No.  2:12-CV-01422-WBS-EFB
   | *(Related to Case No. 2:12-cv-00361)*
   | Judge: Honorable William B. Shubb

19 |                   Plaintiffs,

   | ORDER CONTINUING THE HEARING ON DEFENDANT LES BAUGH'S MOTION FOR ATTORNEYS' FEES

20 | v.

21 | RUSS MULL, LESLIE MORGAN, as Shasta County Assessor-Recorder, COUNTY OF SHASTA, BOARD OF SUPERVISORS OF THE COUNTY OF SHASTA, LES BAUGH and GLENN HAWES,

   | Hearing Date: January 27, 2014
   | Time:         2:00 p.m.
   | Department:   Courtroom 5, 14th Floor
   | Judge:        William B. Shubb

24 |                   Defendants.

1
2
3
4

The Court having reviewed the parties Stipulation to Continue the Hearing on Defendant Les Baugh's Motion for Attorneys' Fees, and good cause appearing therefor, ORDERS as follows:

5
6
7

    1.    That the hearing on Defendant Baugh's Motion for Attorneys' Fees shall be continued to February 24, 2014, at 2:00 p.m., in Courtroom 5.

8
9
10

    2.    That the Opposition and Reply papers shall be filed pursuant to Eastern District Local Rule 230 based upon the continued hearing date.

11
12

IT IS SO ORDERED.

13
14

Dated: January 9, 2014

15

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

16
17

Approved as to Form:

18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| Dated:  January 8, 2014 | MAIRE & BURGESS |
| | By:  /s/ Larry B. Moss<br>LARRY B. MOSS<br>Attorneys for Defendant<br>LES BAUGH |
| Dated: January 8, 2014 | MINASIAN, MEITH, SOARES SEXTON & COOPER, LLP |
| | By: /s/Paul Minasian<br>PAUL MINASIAN<br>Attorneys for Plaintiffs/Cross-Defendants<br>REVERGE ANSELMO AND SEVEN HILLS LAND AND CATTLE COMPANY, LLC |